TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
*Attorneys for Plaintiff*

PAT ESQUIVEL, (State Bar No. 015048)
Jerold Kaplan Law Office, P.C.
2738 E. Washington Street
Phoenix, AZ 85034
Telephone: (602) 258-8433 ext. 2232
Facsimile: (602) 228-4302
Email: pesquivel@kdelaw.com
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emerson Kemp, Sr., | Case No.: 2:12-cv-02634-SPL |
| Plaintiff, | |
| vs. | **JOINT REPORT ON SETTLEMENT TALKS** |
| Collection Service Bureau, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Court Order dated April 10, 2013, the parties hereby submit the following report on settlement talks for this Court's review:

The parties continue to exchange information and engage in settlement discussions to determine if this case can be resolved without further litigation. To date, the parties have been unable to reach a resolution, but are actively engaged in settlement negotiations.

Dated: May 29, 2013

| /s/*Trinette G. Kent* | /s/ *Patricio Esquivel* |
|---|---|
| Trinette G. Kent (SBN 025180) | Patricio Esquivel (SBN 015048) |
| Lemberg & Associates, LLC | Jerold Kaplan Law Office |
| 11811 North Tatum Boulevard, Suite 3031 | 2738 E. Washington Street |
| Phoenix, AZ 85028 | Phoenix, AZ 85034-1423 |
| Telephone: (480) 247-9644 | Telephone: (602) 258-8433 |
| Facsimile: (480) 717-4781 | Facsimile: (602) 228-4302 |
| Email: tkent@lemberglaw.com | Email: pesquivel@kdelaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2013 a true and correct copy of the foregoing Joint Report on Settlement Talks was filed with the Clerk of Court for the United States District Court for the District of Arizona using the CM/ECF system and that the document is available online.

       /s/*Allison Ercolano*
      Paralegal to Trinette G. Kent, Esq.