TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Emerson Kemp

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emerson Kemp, Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> Collection Service Bureau, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:12-cv-02634-SPL <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is dismissed against Defendant Collection Service Bureau, Inc. with prejudice and without costs to any party.

| Plaintiff | Defendants |
|---|---|
| /s/*Trinette G. Kent* | /s/ *Pat Esquivel* |
| TRINETTE G. KENT<br>11811 North Tatum Blvd.,<br>Suite 3031<br>Phoenix, Arizona 85028<br>Telephone: (480) 247-9644<br>Facsimile: (480) 717-4781<br>tkent@lemberglaw.com<br><br>Attorneys for Plaintiff | PAT ESQUIVEL, No. 015048<br>2738 E. Washington Street,<br>Phoenix, Arizona 85034<br>Telephone: (602) 258-8433<br>Facsimile: (602) 258-4302<br>pesquivel@kdelaw.com<br><br>Attorneys for Defendants |

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 7, 2013, I served a true copy of foregoing document(s): **STIPULATION AND PROPOSED ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE**.

| | |
|---|---|
| PAT ESQUIVEL, No. 015048<br>2738 E. Washington Street,<br>Phoenix, Arizona 85034<br>Telephone: (602) 258-8433<br>Facsimile: (602) 258-4302<br>pesquivel@kdelaw.com | **Attorney for Defendants**<br>**Collection Service Bureau, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 7, 2013.

                                        */s/Allison Ercolano*
                                        Allison Ercolano
                                        Paralegal to Trinette G. Kent