# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emerson Kemp, Sr., <br><br> Plaintiff, <br><br> vs. <br><br> Collection Service Bureau Incorporated, et al., <br><br> Defendants. | No. CV-12-02634-PHX-SPL <br><br> **ORDER** |

Pending before this Court is the parties' Stipulation for Dismissal (Doc. 18). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 18) is **granted**;
2. That this action is **dismissed in its entirety with prejudice**; and
3. That each party shall pay its own costs and attorneys' fees.

Dated this 10th day of June, 2013.

Honorable Steven P. Logan
United States Magistrate Judge